**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

SERGIO MARTINEZ-PEREZ,
                              *Petitioner,*

v.

ALBERTO R. GONZALES,* Attorney
General,
                              *Respondent.*

No. 03-70531

Agency No.
A36-908-119

ORDER

Filed August 2, 2005

Before: A. Wallace Tashima, Raymond C. Fisher, and
Richard C. Tallman, Circuit Judges.

## ORDER

The opinion filed on December 29, 2004, and reported at
393 F.3d 1018, is withdrawn and the amended opinion filed
concurrently with this order is substituted in its place. The
time for filing petitions for rehearing shall run anew com-
mencing on the filed date of the amended opinion, in accor-
dance with Fed. R. App. P. 40(a)(1) and 35(c).

---

*Alberto R. Gonzales is substituted for his predecessor, John Ashcroft,
as Attorney General of the United States, pursuant to Fed. R. App. P.
43(c)(2).

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO
_____

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2005 Thomson/West.